QUALITY FACTORIES, INC., Respondent, v. THE LUCE FURNITURE SHOPS and Another, Appellants, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

NICHOLAS PERRETTE, Appellant, v. MARY ANGAROLO, Respondent, Impleaded with FIRST NATIONAL BANK OF HIGHLAND, Defendant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ANTONIO CAPONE, as Administrator, etc., of NANCY CAPONE, Deceased, Respondent, v. METROPOLITAN LIFE INSURANCE COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

GUS I. ARONOW, Respondent, v. JOSEPH OSCAR SIVIN, Individually, and Others, Appellants.— Orders affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. LESTER JARVIS, Appellant, Impleaded with Others.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM B. NORTH, Appellant, v. THE PHILIP CAREY MANUFACTURING COMPANY and Another, Respondents, Impleaded with Another.— Order affirmed, with twenty dollars costs and disbursements, with leave to the plaintiff to serve an amended complaint within twenty days from service of order upon payment of said costs and ten dollars costs of motion at Special Term. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HARTFORD FIRE INSURANCE COMPANY and Others, Respondents, v. THE BANK OF VALLEY STREAM, Appellant, Impleaded with Others.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JOSEPH M. DREYER and Others, Appellants, v. S. P. WOODARD & Co., INC., and Another, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Finch, P. J., dissents and votes to reverse and grant judgment for plaintiffs.

H. MATZ & Co., INC., Appellant, v. MORRIS BAUMAN and Others, Respondents. — Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by GEORGE S. VAN SCHAICK, Superintendent of Insurance, Respondent, for an Order to Take Possession of the Property and Liquidate the Business of the SOUTHERN SURETY COMPANY OF NEW YORK. CORPORATE INVESTMENT COMPANY, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; Townley, J., dissents and votes to reverse and deny the motion.

In the Matter of CHARLES WALDRON CLOWE, an Attorney.— Reference ordered. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.